02-12-160-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00160-CR

 

 


 
 
 Justin Kase Sooter
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

------------

 

FROM Criminal
District Court No. 3 OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          We
have considered appellant’s pro se “Request For Cancellation Of Appeal.”  No
decision of this court having been delivered before we received this motion, we
grant appellant’s request and dismiss the appeal.  See Tex. R. App. P. 42.2(a),
43.2(f).

 

PER
CURIAM

 

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and
DAUPHINOT, J.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED:  April 26, 2012









[1]See
Tex. R. App. P. 47.4.